**EXHIBIT – A**

E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON

July 15 2021 2:40 PM

KEVIN STOCK
COUNTY CLERK
NO: 21-2-06675-7

# IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
# IN AND FOR THE COUNTY OF PIERCE

| | |
|---|---|
| ROY MILLER, individually, and as Personal Representative and beneficiary of the Estate of BETTY MILLER (deceased),<br><br>Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A., INC., a corporation doing business in Washington; and, HD DEVELOPMENT OF MARYLAND, INC., a corporation doing business in Washington<br><br>Defendant. | NO.<br><br>COMPLAINT FOR DAMAGES |

## I. PARTIES, JURISDICTION AND VENUE

1. <u>Decedent</u>. Betty Miller was born on June 12, 1934 and died on January 6, 2021.

2. <u>Plaintiff</u>. Roy Miller married decedent Betty Miller and was married to her at the time of her death. He maintains this action individually and as personal representative and beneficiary of her estate.

---

| COMPLAINT FOR DAMAGES<br>PAGE 1 OF 3 | EMERALD LAW GROUP, PLLC<br>12055 15th Ave NE<br>SEATTLE, WA 98125<br>TEL: (206) 826-5160<br>FAX: (206) 922-5598 |
|---|---|

3. <u>Defendant</u>. The Home Depot USA., Inc and HD Development of Maryland Inc. are corporations doing business in Pierce County, Washington. They own and operate the Home Depot store located at 303 35TH Ave SE, Puyallup, WA 98374.

4. <u>Jurisdiction and Venue</u>. This case arises out of a personal injury accident in the premises of the Home Depot store located in Puyallup, Washington. The above-entitled court has jurisdiction, and venue is appropriate.

## II. FACTUAL BASIS FOR CLAIM

On July 16, 2018, Decedent Betty Miller was at the Home Depot store located at 303 35TH Ave SE, Puyallup, WA 98374. As she was walking toward the entrance of the Home Depot store premises, Mrs. Miller tripped on a hazard and fell, causing injury. She received medical treatment for her injury in the months thereafter. She died on January 6, 2021. Her fall at Home Depot contributed to her declining health and eventual death.

## III. CAUSE OF ACTION—NEGLIGENCE

Defendant was negligent in one or more of the following particulars:

(a) in creating the hazard that caused Decedent Betty Miller to fall;

(b) in permitting an unreasonably hazardous condition to exist on the premises in the store;

(c) in failing to correct the hazardous condition in a timely fashion;

(d) in failing to warn of a hazardous condition;

| COMPLAINT FOR DAMAGES<br>PAGE 2 OF 3 | EMERALD LAW GROUP, PLLC<br>12055 15th Ave NE<br>SEATTLE, WA 98125<br>TEL: (206) 826-5160<br>FAX: (206) 922-5598 |

(c) in otherwise failing to exercise reasonable care to protect business invitees such as Mrs. Miller from harm.

As a result of Defendants' negligence, Plaintiff was injured and suffered and continues to suffer from disability, disfigurement, loss of enjoyment of life, mental and physical pain and suffering, and emotional distress, and has incurred medical expenses and other damages.

## IV. PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendants in an amount to be proven at the time of trial, including but not limited to the following: past medical expenses; pain and past suffering; diminished ability to enjoy life; emotional distress; disability; disfigurement; all expenses necessitated by the injuries alleged above; all costs of litigation, including attorneys' fees and fees of expert witnesses; prejudgment interest and interest after judgment; such other and further relief, at law or in equity, to which plaintiff may be justly entitled.

DATED this 15th day of July 2021.

EMERALD LAW GROUP, PLLC


/s/Mark Derricott
Mark Derricott, WSBA # 36122
Michael Gustafson WSBA #35666
Attorney for Plaintiffs

| COMPLAINT FOR DAMAGES<br>PAGE 3 OF 3 | EMERALD LAW GROUP, PLLC<br>12055 15th Ave NE<br>SEATTLE, WA 98125<br>TEL: (206) 826-5160<br>FAX: (206) 922-5598 |
|---|---|