THE HONORABLE JUDGE TANA LIN

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

TACOMA DIVISION

| | |
|---|---|
| ROY MILLER, individually, and as Personal Representative and beneficiary of the Estate of BETTY MILLER (deceased), <br><br> Plaintiff, <br><br> v. <br><br> HOME DEPOT U.S.A., INC., a corporation doing business in Washington; and, HD DEVELOPMENT OF MARYLAND, INC., a corporation doing business in Washington <br><br> Defendant. | CAUSE NO. 3:21-CV-05617-TL <br><br> STIPULATED MOTION TO DISMISS AND ORDER <br><br> NOTE FOR HEARING: MARCH 21, 2022 <br> WITHOUT ORAL ARGUMENT |

## I. STIPULATION

Plaintiff Roy Miller ("Plaintiff") and Defendant Home Depot U.S.A., Inc. and HD Development of Maryland, Inc. ("Defendant"), by and through their respective undersigned counsel of record, hereby stipulate that all claims of Plaintiff in the above-captioned case shall be DISMISSED with prejudice, and without costs or attorneys' fees to any parties. Any and all claims that were brought or could have been brought have been fully settled by the parties outside of court.

STIPULATED MOTION TO DISMISS AND ORDER
(CAUSE NO. 3:21-CV-05617-TL) - Page 1

DATED this 21st day of March, 2022 in Seattle, Washington.

| EMERALD LAW GROUP, PLLC | HOLT WOODS & SCISCIANI LLP |
|---|---|
| *s/ Michael Gustafson (via email authorization)* <br> Mark Derricott, WSBA No. 36122 <br> Michael Gustafson, WSBA no. 36554 <br> Attorney for Plaintiff | *s/ Kelsey L. Shewbert* <br> Kelsey L. Shewbert, WSBA No. 51412 <br> Kaytlin Carlson, WSBA No. 52606 <br> Attorneys for Defendants |

## II.  ORDER

THIS MATTER having come before the Court on the above stipulation, IT IS HEREBY ORDERED that all claims that were brought, or that could have been brought, by Plaintiffs in the above-captioned matter shall be, and hereby are, DISMISSED with prejudice.  Each party shall bear its own costs and attorneys' fees.

DONE this 22nd day of March 2022.

_____
Tana Lin
United States District Judge